NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                        Criminal Number  18-CR-31 (ABJ)

**ALEX VAN DER ZWAAN**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

*s/David E. Mills*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David E. Mills (401979)
(Attorney & Bar ID Number)

COOLEY LLP
(Firm Name)

1299 Pennsylvania Ave., NW, Suite 700
(Street Address)

Washington, DC 20004
(City)     (State)     (Zip)

202-776-2865
(Telephone Number)