IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX VAN DER ZWAAN,<br><br>                    Defendant. | Criminal No.: 18-CR-31 (ABJ) |

**MOTION FOR ADMISSION OF LAURA GROSSFIELD BIRGER *PRO HAC VICE***

Pursuant to Local Criminal Rule 44.1(d), Defendant moves for the admission of attorney Laura Grossfield Birger *pro hac vice* in the above-entitled action. Ms. Birger's declaration in support of this motion is filed herewith. As set forth in Ms. Birger's declaration, she is a member in good standing of the New York Bar and is admitted to practice in the United States District Court for the Southern, Eastern, and Northern Districts of New York and the United States Court of Appeals, Second Circuit. The undersigned, a member in good standing of the Bar of this Court, sponsors Ms. Birger's admission.

Dated: February 20, 2018

                                      Respectfully submitted,

                                      */s/ David E. Mills*
                                      David E. Mills (DC Bar #401979)
                                      COOLEY LLP
                                      1299 Pennsylvania Ave., NW
                                      Suite 700
                                      Washington, DC 20004
                                      Tel: 202-776-2865
                                      Fax: 202-842-7899
                                      dmills@cooley.com
                                      *Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 18-CR-31 (ABJ) |
| v. | |
| ALEX VAN DER ZWAAN, | |
| Defendant. | |

**DECLARATION OF LAURA GROSSFIELD BIRGER IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to 28 U.S.C. § 1746, and in accordance with Local Criminal Rule 44.1(d), I declare under penalty of perjury that:

1. My full name is Laura Grossfield Birger.

2. I am a partner in the law firm Cooley LLP. My office address is 1114 Avenue of the Americas, New York, NY 10036; Tel: (212) 479-6079.

3. I am a member in good standing of the Bar of the State of New York (Id. No. 2589141) and am admitted to practice before the following Federal Courts: United States District Court for the Southern, Eastern, and Northern Districts of New York, and United States Court of Appeals, Second Circuit.

4. I have never been disciplined by any bar and no disciplinary proceedings are pending against me.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located within the District of Columbia, nor do I have an application for bar membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 20, 2018
      New York, New York.

_____
Laura Grossfield Birger

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 18-CR-31 (ABJ) |
| v. | |
| ALEX VAN DER ZWAAN, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION**
**OF LAURA GROSSFIELD BIRGER *PRO HAC VICE***

The Court has reviewed Defendant's motion for admission of attorney Laura Grossfield Birger *pro hac vice*. The Motion is GRANTED and it is ORDERED that Laura Grossfield Birger be admitted *pro hac vice*.

SO ORDERED.

DATED: _____

_____
The Honorable Amy Berman Jackson
United States District Judge