IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX VAN DER ZWAAN,<br><br>    Defendant. | Criminal No.: 18-CR-31 (ABJ) |

### MOTION FOR ADMISSION OF WILLIAM J. SCHWARTZ *PRO HAC VICE*

Pursuant to Local Criminal Rule 44.1(d), Defendant moves for the admission of attorney William J. Schwartz *pro hac vice* in the above-entitled action. Mr. Schwartz's declaration in support of this motion is filed herewith. As set forth in Mr. Schwartz's declaration, he is a member in good standing of the New York Bar, and is admitted to practice in the United States Supreme Court, United States District Court for the Southern and Eastern Districts of New York, and the United States Court of Appeals, Second Circuit. The undersigned, a member in good standing of the Bar of this Court, sponsors Mr. Schwartz's admission.

Dated:  February 20, 2018

Respectfully submitted,

*/s/ David E. Mills*
David E. Mills (DC Bar #401979)
COOLEY LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004
Tel:  202-776-2865
Fax:  202-842-7899
dmills@cooley.com
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX VAN DER ZWAAN,<br><br>   Defendant. | Criminal No.: 18-CR-31 (ABJ) |

### DECLARATION OF WILLIAM J. SCHWARTZ IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, and in accordance with Local Criminal Rule 44.1(d), I declare under penalty of perjury that:

1. My full name is William Jay Schwartz.

2. I am a partner in the law firm Cooley LLP. My office address is 1114 Avenue of the Americas, New York, NY 10036; Tel: (212) 479-6290.

3. I am a member in good standing of the Bar of the State of New York (Id. No. 1629401) and am admitted to practice before the following Federal Courts: United States Supreme Court, United States District Court for the Southern and Eastern Districts of New York, and United States Court of Appeals, Second Circuit.

4. I have never been disciplined by any bar and no disciplinary proceedings are pending against me.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located within the District of Columbia, nor do I have an application for bar membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 20, 2018
      New York, New York.

_____
William J. Schwartz

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX VAN DER ZWAAN,<br><br>                Defendant. | Criminal No.: 18-CR-31 (ABJ) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
OF WILLIAM J. SCHWARTZ *PRO HAC VICE***

The Court has reviewed Defendant's motion for admission of attorney William J. Schwartz *pro hac vice*. The Motion is GRANTED and it is ORDERED that William J. Schwartz be admitted *pro hac vice*.

SO ORDERED.

DATED: _____

                                                                               _____
                                                                               The Honorable Amy Berman Jackson
                                                                                United States District Judge