Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 18-CR-031 (ABJ) |
| ) | |
| ALEX VAN DER ZWAAN ) | |
| ) | |

**FILED**
FEB 2 0 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## WAIVER OF INDICTMENT

I, _____ALEX VAN DER ZWAAN_____, the above-named defendant, who is accused of

18:1001(a)(2); False Statements.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____2/20/2018_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
Amy Berman Jackson
United States District Judge

Date: _____2/20/2018_____