UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX VAN DER ZWAAN,<br><br>Defendant. | Criminal No. 18-cr- 031 (ABJ) |

**FILED**
**FEB 2 0 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### BOOKING ORDER

Upon consideration of the Government's unopposed request and the parties' representation that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) by the Metropolitan Police Department in this case, it is this 20th day of February, 2018, hereby

ORDERED that on a date mutually agreeable to the parties, the defendant shall be accompanied by a Special Agent of the Federal Bureau of Investigation designated by the Special Counsel's Office to the Central Cell Block of the Metropolitan Police Department for "routine processing" and that this be a condition of his being released on bond.

_____
United States District Judge

cc:   Government counsel
      Defense counsel