AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-cr-31 (ABJ) |
| ALEX VAN DER ZWAAN | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America   .

Date:   02/22/2018

/s/ Brian Richardson
*Attorney's signature*

Brian Richardson
*Printed name and bar number*

950 Pennsylvania Ave NW
Washington, DC 20530
*Address*

BMR@usdoj.gov
*E-mail address*

(202) 616-0800
*Telephone number*

*FAX number*