

Nicholas A. Flath
+1 212 479 6511
nflath@cooley.com

Via ECF

March 28, 2018

Hon. Amy Berman Jackson
United States District Judge
United States District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington D.C. 20001

Re: *United States v. Alex van der Zwaan*, 18-CR-31 (ABJ)

Dear Judge Jackson:

Yesterday, we electronically filed a sentencing memorandum and supporting letters on behalf of Mr. van der Zwaan (ECF No. 17). This morning, we have replaced the publicly-filed memorandum with a revised version which redacts the precise contact information of two of the persons who wrote letters on Mr. van der Zwaan's behalf. *See* ECF No. 20, Ex. 3 and Ex. 4.

Respectfully submitted,

Nicholas A. Flath

cc:     Counsel for the United States (via ECF)